

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2020

No. 04-07-00446-CR

Alejandro C. **GARZA,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-07-11915-CR
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice

On February 25, 2009, this court issued an opinion in this appeal, affirming the judgment of the trial court. *See Garza v. State*, 2009 WL 475944 (Tex. App.—San Antonio 2009, pet. ref'd). Appellant then filed a petition for discretionary review with the Texas Court of Criminal Appeals. On June 24, 2009, the Texas Court of Criminal Appeals refused his petition. On August 3, 2009, this court issued its mandate.     *See id*.

More than ten years later, on May 18, 2020, appellant filed in this court a Motion to Recall Mandate. On June 8, 2020, this court denied the motion. On June 26, 2020, appellant filed a Motion for Rehearing of our June 8, 2020 order and a Motion for Modification of Filing Time, requesting additional time to file a brief. Because Appellant's original conviction has been decided by this court, and his petition for discretionary review was refused by the Texas Court of Criminal Appeals, Appellant's motions are DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2020.



MICHAEL A. CRUZ, Clerk of Court